| PROB 22 (Rev. 01/24) | | | DOCKET NUMBER *(Tran. Court)* 0979 3:20CR00156-007-HZ |
|---|---|---|---|
| TRANSFER OF JURISDICTION | ☒ FILED ☐ LODGED Apr 10 2024 CLERK U.S. DISTRICT COURT DISTRICT OF ARIZONA | | DOCKET NUMBER *(Rec. Court)* CR-24-50035-TUC-SHR(AMM) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Wilfredo Zuniga Cardona | DISTRICT OREGON | DIVISION Portland |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Marco A. Hernandez | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 6/10/2022 | TO 6/9/2025 |

OFFENSE
21:841(a)(1),(b)(1)(C) Distribution of Heroin

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Zuniga-Cardona has a pending new law violation in the District of Arizona.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

  IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District Arizona   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

  March 21, 2024
    Date          *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     DISTRICT OF Arizona

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

  4/10/2024
   *Effective Date*          *United States District Judge*